# Exhibit 1

# Certificate of Registration

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

United States Register of Copyrights and Director

**Registration Number**
**VA 2-274-302**
**Effective Date of Registration:**
October 13, 2021
**Registration Decision Date:**
November 04, 2021

## Copyright Registration for a Group of Published Photographs

Registration issued pursuant to 37 C.F.R. § 202.4(i)

**For Photographs Published:** August 03, 2020 to September 12, 2020

### Title

**Title of Group:** Nenad Stojkovic - Group Registration Photos - Published August 3 2020 to September 12 2020; 750 photos

**Number of Photographs in Group:** 750

- **Individual Photographs:** Model sitting on the ground holding a vinyl., Model in red sweater sitting on the bed holding a vinyl., Fit woman in the park checking her wrist watch., Fit woman in the gym taking a rest., Model sitting on the bed near two guitars and an amplifier., Model sitting on the floor holding a guitar., Model sitting on the bed near two guitars and vinyls., Model lying on the ground holding a cigarette and vinyl., Model with a cigarette and vinyl lying on the ground with her legs crossed., Model lying on the ground and holding Pink Floyd vinyl., Model lying on the ground surrounded by vinyls., Portrait of attractive woman on the balcony., Fingers on foot closeup. Outdoor fitness concept., The girl wakes up on the balcony, The young woman wakes up on the balcony., Beautiful girl in glamour dress holding a book outdoors at the sunset., Glamour girl holding a book in nature.

**Published:** August 2020

- **Individual Photographs:** Woman working out on the wooden terrace on lake, Woman running in the nature, Woman's hand position while meditating, Mask hanging on a computer, Young girl holding a letter, Finger pointing at guitar amplifier, Child turning amplifier knob, Books pencils and roses on the table, Raindrops on the window, Woman doing yoga on the wooden terrace on lake, Woman watching the sunset from the wooden terrace, Woman stretching in the sunset, Woman meditating on wooden terrace, Woman working out on wooden terrace, Woman stretching on wooden terrace, Woman listening music and working out on wooden terrace, Woman working out with two dumbbells, Woman listening musing on yoga mat, Woman practicing yoga, Woman sitting on the yoga mat near lake, Woman resting on the wooden terrace on lake, Focus of a woman's hand while meditating, Woman practicing yoga in the nature, Meditating in the nature, Female meditating in the nature, Man mowing a lawn., Shirtless man resting on a log, Man doing kettlebell exercises, Man posing in the sunset, Man working out in front of old building, Man doing kettlebell swings, Shirtless man walking, Man working out outdoors, Man working out with a kettlebel, Empty kitchen detail., Empty modern kitchen in progress., Big cabinet with mirror in bedroom., Protective medical mask on globe closeup., Syringe aimed

at the globe., Man holding corn in his hand, Mother and daughter picking corn in the backyard closeup., Girl playing hide and seek, Blue rubber hose in the grass, Woman holding flowers, Toddlers hand laying on mother's and father's hands, Closeup of the lawn trimmer, Toddler hugging a teddy bear, Toddler buckling up in a toy car, Man holding a lit lighter in front of a globe, Guitar amplifier knobs closeup, Corn tassel poking through rusty fence, Girl playing with a hose in the backyard, Closeup of the unripe grapes, Toddler holding colorful candy., Young boy feeding the goat, Man holding a safety helmet, Toddler holding rusty chain

**Published:** August 2020

- **Individual Photographs:** Closeup of the trimmer wire, Man starting a lawn trimmer, Toddler carrying a teddy bear, Globe map next to a laptop, Man holding the hose head, Home playground for children, Blue rubber hose on the grass, Mother and daughter picking corn in the backyard, Girl playing in the backyard. Back view., Closeup of a rusty fence with people behind it, Woman holding corn in her hand, Man mowing the lawn, Old faucet in the garden, Mother holding her daughter, Toddler in a toy car with a teddy bear, Boy walking behind two goats, Granpa giving corn to a grand daughter, Man holding small gardening shovel, Old man picking corn, Toddler buckling up teddy bear doll, Girl holding a globe closeup., Viessmann signature and logo on heat thermal pump., Man giving corn to a woman, Old man holding a corn, Toddler picking corn in the backyard, Old man picking corn in the backyard, Toddler sharing candy with mother, Mother giving candy to a toddler, Man handing flowers to a toddler, Man holding the handle of the lawn trimmer, Girl sitting in front of a globe on a geography class, Plastic dinosaur figure in front of a globe, Finger pointing at the globe map, Girl looking at the global map, Mother and daughter using laptops on the kitchen table., Empty syringe on toddlers shoulder., Girl holding and looking at the globe, .Closeup of the bag of flour., Hand on the computer mouse, Hand with baking glove in front of the oven, Laptop on the kitchen table., Heart shaped piece of raspberry cake on a plate, Hand on the old rusty piece of metal, Ladder on the concrete wall, Hay in the barn, Closeup of the car oil dipstick, Firewood pile in the barn, Back view of girl in the greenhouse., Dry leaves on the plant, Hanging flower pot in the garden, Green unripe tomatoes in the garden, Man holding sunflower seeds above rye bread, . Hot pepper in the garden, Toddler pushing shopping cart with surgical mask attached on it, Closeup of raw pastry on the cooking paper

**Published:** August 2020

- **Individual Photographs:** Raspberry topping on the heart shaped piece of cake on a plate, Wifi repeater plugged in next to a light switch, Old man holding chicken and egg., Toddler picking unripe tomato in the garden, Closeup of rye bread in toddler's hands, Closeup of organic apple on the brick., Childish painting on paper, Car motor oil lid, Old car battery charging closeup., Car fuel pre-filter closeup., Girl holding unripe tomato, Old Mercedes W123 in the garage., Ripe and unripe tomatoes in line on one plant, Toddler girl holding alarm clock pillow, Parent disinfecting toddler's hands., Syringe and surgical mask on the table, Toddler with colorful cart toy, Toddler soliveng puzzles, Toddler playing on the floor, Man holding a ripe plum, Man holding an old nail, Toddler picking up unripe yellow tomato from the ground, Weirdly shaped unripe tomatoes, Toddler holding unripe yellow tomato, Toddler touching rye bread, Man taking a picture of rye bread with his phone, Dough balls on the baking paper, Closeup of the car fuses, Toddler holding unripe tomato, Dry squished tomatoes on the ground, Toddler holding rye bread with sesame seeds, Girl in the tomato crop, Closeup of a rye bread.jpg, Marshall amps wall., Gibson Les Paul Standard near Marshall cabinet and pedalboard., Marshall logo on old guitar cabinet., Chef woriking with pastry dough, Raw dough and flour on the table, Man holding an eggshell above the table full of pastry, Closeup of the pastry dough

on the table, Red alarm clock pillow, Toddler hugging a clock pillow, Surgical mask between two laptops on the kitchen table, Toddler drinking water from red cup, Light shining on pastry baking in the oven., Girl holding toy doll., Pastry baking in the oven, Closeup of the rusty fence, Ripe plums on the table, Raw pastry on the cooking paper, Axe and sickle on the ground, Repairing the electronics on tractor, Old car engine, Old wooden ladder, Dipstick of lubricant oil, Girl holding unripe yellow tomato

**Published:** August 2020

- **Individual Photographs:** Squished tomato on the concrete, A hole in green unrpie tomato, Ripe tomato on the plant closeup., Man holding a green hot pepper., Closeup of a tomato in toddlers hands, Toddler holding a pepper leaf, Syringe in rye bread, Unripe tomatoes in the garden, A piece of raspberry cake, Medical mask on the rye bread., Toddler holding rye bread, Sesame seeds on the rye bread, Rye bread on the wooden board, Man holding pills in front of a globe, Man holding smartphone in front of a globe, Man using screwdriver for pickup settings., Locking strings on electric guitar closeup., Pickup settings on electric guitar., Guitar tremolo equipment in man`s hand with guitar in background., Closeup of floyd rose settings on electric guitar., Settings floyd rose on electric guitar with allen key., Floyd rose details on electric guitar., Floyd rose servicing closeup., Closeup of a leaf. Waterdrops on leaf., High voltage warning., Closeup of a wet windown., Girl zipping up her pink hoodie., Chess pieces on the board., Woman holding laptop on her lap., Broken concrete fence in the field., Closeup of a boy with a red hoodie and a girl on a slide in the backyard., Mother and curious child near seesaw., Woman slicing watermelong cubes on the kitchen table., Mother holding her son safe on the slide., Stainless steel pot and claypot pot on the stand., Model posing in the field., Closeup of the boy's legs on a slide., Closeup of the raindrops on the leaf., Black dumpster on the rural road., Colorful ball in front of a boy in the yard., Boy in an electric toy car., Yogi unrolling yoga mat on the floor., People partying with phone flashlights., Closed electric meter closeup., Closeup of reading glasses on book., Boy with a hood on playing on a swing., Woman carrying two cups of coffee., Adult supervising a child on a seesaw., Boy climbing up the the slide in the backyard., Closeup of a colorful swing with boy in the background., A boy and a girl riding electric toy vehicles in the yard.

**Published:** August 2020

- **Individual Photographs:** Boy hugging girl in a room., Boy driving electric toy car., Closeup of a wet blurry window., Closeup of a girl holding a piece of a puzzle on the ground., Boy eating watermelon slices on the kitchen table., Closeup of steel mechanism., Woman in the blackberry field., Young ducklings sittiing on the ground., Girl with the yellow bucket in the nature., Woman holding a phone with headphones plugged in., Man boots guitar pedal guitar and watch on wooden platform., Model dancing in an old building., Family class in the nature., Girl with the yellow bucket in the blackberry field., Girl playing with two toy cars on a seesaw seat., Girl walking near boy in an electric toy car., Girl sitting on the ground playing with friends., Woman picking up young ducklings., Model posing in the hall of an abandoned building., Model in an abandoned house., Dancer posing in an abandoned house., Model posing in an abandoned house., Model walking down the hall in an abandoned building., Interior of an old building., Model posing in an old building., Electric circuit breaker fuse box in private home., Dog looking through a fence., Woman holding a snail in her hand., Soccer training in the backyard., Mother holding an object in her hand and boy picking it up., Woman drinking a cup of coffee while using a laptop., Mother holding her son on the slide., Park outside of the apartment building., Horses attached to a wagon., Chairs on the table in retro room., Closeup of the headlight of an old pickup truck., Steel chain on the fence., Open book on the wooden stand., Old alarm clock on the bookshelf.,

Cooking pots hanging in the kitchen., Closeup of the cooking pots hanging in the kitchen., Yellow wheel in the yard., Old house in the nature., Old motorcycle leaning on trees in the backyard., Girl sitting on a chair near white table in the backyard., Girl in the backyard holding umbrella., Kitchenware on the white table in the backyard., Steering wheel of an old pickup truck.

**Published:** August 2020

- **Individual Photographs:** Door on the old house., Peugeot car logo., Closeup of the old broken piano keys., Chairs resting on the tables in restaurant hall., Girl in white dress running in the backyard., Girl running in the backyard., Baked potato presented on a wooden plate., Haybarn with wheelbarrow parked inside., Two horses attached to a wagon., Horseshoes in the barn., Horseshoes on the wooden wall., Two horses pulling a wagon., Old pickup truck parked in front of the house., Tail lights of an old pickup truck., Old watering buckets hanging under the window., A lot of plates on the kitchen counter., Old pickup truck parked in the yard., Vintage kitchen drawers with kitchenware., Vintage sink and boiler in the old house., Vintage chair and table in old house., Vintage wall decoration and alcoholic beverage on the table., Old rusty motorcycle leaning on trees in the yard., Old bookshelf in the house., Old rusty bicycle leaning on the barrel., Girl in the nature standing near the table and chair., Girl in the backyard holding transparent umbrella., White table and chair in the backyard., Old wagon wheel and flowers in the backyard., A beautiful girl in the meadow., Young model in bikini posing near rocks outdoors., The girl is hiding behind a hat., Young girl with long hair in nature., Tattooed woman exhaling smoke closeup., Hipster girl in red jacket portrait., Female with beautiful hair and septum nose piercing., Lonely girl in red jacket holding her dog on balcony., Closeup of lonely girl in red jacket holding her dog on balcony., Little bulldog with her owner closeup. Young tattooed girl holding her dog., A lonely tattooed girl sitting on a chair., A lonely tattooed girl on the balcony., Young woman holding a vinyl cover in her hands., Bautiful girl with electric guitar in her music room., Girl with logn hair playing electric guitar., Rock girl in leather jacket with electric guitar in her music room., Modern businesswoman standing and holding macbook.

**Published:** August 2020

- **Individual Photographs:** Young beautiful girl with Gibson Les Paul., Girl with beautiful hair on the road. Back view., Beautiful woman standing on the road closeup., Lonely girl standing outdoors. Cloudy day., Blonde girl portrait looking at camera., Portrait of young beautiful woman standing near window., Portrait of young blonde beautiful woman standing near window., Viessmann heat thermap pump display and command for home system, Bride posing in the park., Man with a beard petting a dog in front of a car., Bearded man in the car looking through the windshield., Man sitting inside of a car in the park., Bearded man in the car with his head poking out of the window., Cocktail in the stylish glass with orange peel attached to it., Various cocktails on the bar counter with bar equipment in the background., Mojito with berries in the glass full of ice lime slices and mint., Various colorful cocktails on the bar counter., Cocktail in a stylish glass with orange peel attached to it., Raspberry cocktail in glass full of ice and fresh raspberry on top., Mojito cocktail in a glass with sliced limes and mint ., Strawberry cocktail in the stylish glass., Tequila sunrise in a stylish glass., A cup of a heart latte art on a saucer plate., Closeup of a bearded man's face smiling in the car., Bride posing in the park with a bouquet of flowers., Berry juice in the stylish glass and fruits on top., A man with beard standing near open car door., Berry juice in the stylish glass., Closeup of a cherry on top of a cocktail glass., Closeup of a cherry and raspberry cocktail., Cherry cocktail in glass full of ice with currant and lime slices on top., Cherry cocktail in glass with lime slices and cherries on top., A cup of latte with artistic hearts in the foam., A cup of latte art on a saucer plate., Closeup of a coffee foam in a

cup on a saucer plate., Closeup of a cup of a heart latte art on a saucer plate., Closeup of a cup of a heart latte art., A cup of espresso on a saucer plate.

**Published:** August 2020

- **Individual Photographs:** A mock up of a football field., Closeup of the two pots of decoration plants., Closeup of a mojito cocktail in a glass with sliced lime and mint., Closeup of a raspberry cocktail in glass full of ice and fresh raspberry on top., Closeup of a lemon cocktail in the stylish glass with a lemon slice attached to it., Closeup of a glass of latte with hearts., Closeup of a cup of latte art with coffee powder., Closeup of a latte art., Closeup of a glass of a heart latte art., Closeup of a cup of latte art on a saucer plate., Closeup of a hand holding a chord on acoustic guitar., Dog jumping on the man with a beard in front of a car., Latte art with sprinkled coffee on top., Cocktail in the glass full of ice and fruit on top., Cocktails on the bar counter., Latte art in the cup on a saucer plate., Cocktail in the stylish glass with sliced lemon peel., Lemon cocktail in the stylish glass with sugar rim and a slice of lime., Glass of lemonade with orange slices and lime., Lemon and strawberry cocktails on the bar counter., Lemonade in the glass flask., Lemon cocktail in the stylish glass with a lemon slice attached to it., Empty ceramic coffee cup on a saucer plate.., Glass of a heart latte art., Woman in bikini kneeling and posing in the river., Man with a beard looking through the open car window., Man in the old car looking for something., Man in the car touching his beard., Man sitting in the car looking at the mirror., Man in the car holding steering wheel., Man with a beard raging inside the car., Man holding a camera and taking a picture, Man in the car looking at the mirror., Young tattooed woman wallowing in bed in the morning., Married couple posing on the bridge., Various cocktails on the counter., Woman in bikini posing in nature on the river., Modern restaurant interior design., Woman in bikini posing in the river., Stylish man with a beard petting a dog in front of a car., Stylish man with a beard leaning on the car., Man's reflection in the car mirror.

**Published:** August 2020

- **Individual Photographs:** Man with a beard sitting in the car with open door., Man with beard standing near the car parked in nature., Red cocktail in the glass with lemon slices., Various colorful alcohol cocktail shots., Red cocktail in glass full of ice and with cherry on top., Various cocktails on the bar counter., Red cocktail in stylish glass with ice and orange slice on top., Strawberry cocktail in the stylish glass with orange peel attached to it., Orange juice in the glass flask., Strawberry cocktail in the stylish glass on the bar counter., Strawberry juice in the glass flask., Man with an acoustic guitar in his lap., Young girl standing in a field., Beautiful girl on the balcony., Woman in bikini lying in the water., Young woman standing on the balcony and looking the sunset light., Young girl with messy hair looking calmly at camera., Cleaning the tractor filter., Young girl turning dictionary pages from above., Young kid touching the old faucet in the backyard., House number of the old building., Closeup of the girl playing with the calculator., Closeup of the old brick wall., Fit woman posing in the park., Man holding an effervescent tablet above the glass of water., Old no parking traffic sign., Closeup of the curtain in the room., Home auto mechanic walking in the garage., Man in the gym running on the treadmill., Woman in the gym listening to the music and running on treadmill., Model in a plaid shirt smoking a cigarette., Woman lying on the ground and holding a cigarette and Pink Floyd vinyl., Chef pouring donut mixture in the donut maker., Chef removing cooked donuts from the donut maker., Chef brushing a donut maker with oil., Colorful pencils on the wooden table., Carpenter in his workshop., Young kid touching car headlights., Young girl looking at the dictionary., Young girl touching dictionary pages., Young child holding an english grammar book., Young girl playing with the calculator., Young girl holding a bowl over the wooden table.

**Published:** August 2020

- **Individual Photographs:** Young girl in the kitchen helping with food., Young girl assissting her mother in the kitchen., Young girl holding a bowl of sweets., Woman pouring yogurt into the egg mixture., Yogi doing yoga on the wooden terrace, Yogi doing yoga on the wooden terrace on lake., Young girl making food in the kitchen., Woman in the gym doing lateral leg raises., Young child running in the park., Antique model logo on the car., Baking powder and flour in the egg mixture., Brick wall of the old building., Carpenter cutting wood in his workshop., Carpentry workshop., Carpenter standing in his workshop., Carpenter working in his workshop., A girl and a dog in the small kid's house., Blue car in the mechanic's garage., Mechanic looking for a button to start his tractor., Mechanic cleaning the old tractor fuel filter., Water level gauge on the river., Thermometer on the heater pipes., Tea collection on the shelf., Two spoons in the bowl with egg mixture., Woman in the gym doing bicep cable curls., Woman in a stylish gray dress posing on the terrace., Woman in a white dress posing on a wooden bridge., Closeup of the farmer attaching tractor utility attachments on his tractor., Egg mixture on the spoon., Chef pouring donut mix in the donut maker., Effervescent tablet fizzing in the glass of water., Chef removing cooked donut from the donut maker., Egg and yogurt mixture in the bowl., Closeup of the eggs in the cardboard box on the table., Eggshells on the kitchen tray., Eggs in the cardboard box on the table., Woman in the park doing yoga on the mat., Closeup of the strip curtains mechanism., Model lying on the ground with her legs crossed on the bed., Closeup of the curtains in the room., Cup of coffee and vinyl on the amplifier., Model lying on the ground surrounded by vinyls and with a cigarette in her mouth., Mechanic fixing his tractor., Heater pipeline in the basement., Farmer attaching tractor utility attachments on his tractor., Heating pipeline.

**Published:** August 2020

- **Individual Photographs:** English education book open over the table., English school books on the table., Man adding effervescent tablet in the glass of water., English school books on the bed., Foggy streets in the city at nighttime., Woman in the kitchen holding a mixer., Woman in the gym doing hip extensions., Fit woman in the gym doing cardio., Online teaching. Little girl working on the laptop., Little girl playing with toys on wooden table and sitting at home., Fuel tank on the tractor., Fuel leakage on the tractor., Mechanic in the garage holding wrench., Language education books on the table., Man holding a bag of pomegrante tea., Fit woman in the park preparing to go for a run., Fit woman in the park plugging the earphones in her smartphone., Man sitting in a parked jeep., Man in the gym sitting on the plates., Man sitting in the parked jeep with open door., Girl and a dog in the kid's house in backyard., Mechanic inspecting a car in the garage., Fit woman posing in the gym., Old transmission line in the nature., Damaged wall and window of the old abandoned house., Damaged wall of the old abandoned house., Missing pieces in the wall of the old abandoned house., Creepy old abandoned house., Door of the old abandoned house., Windows of the old abandoned house., Old abandoned house in the field., Rusty transmission line in the nature., Countryside road surrounded by nature., Woman walking down the street in the sunset., Man cutting grass with a scythe., Transmission line in the nature., Number fourty two written on the road., Man with plaid shirt holding a scythe and pointing with his hand., Broomstick leaning on the wall., Man in a plaid shirt cutting grass in the field., Man cutting overgrown grass., Father and daughter holding hands., Man holding sharp scythe in the field., Young girl playing on the rings on the playground., Closeup of the automatic fuse switches., Small crocs on the tiles., Closeup of the rubber ball in the grass., Strip of pills on the box.

**Published:** August 2020

- **Individual Photographs:** Woman with gardening gloves in front of a bucket full of flowers., Young girl playing with the measuring tape., Bottles of wine on the wine rack., Young girl reaching for the door knob., Closeup of the bottles of red wine on the wine rack., Daughter helping her mother while she is gardening., Young girl riding a bike with training wheels and push bar., Mechanic trying to fix leakage on his tractor., Mechanic washing the tractor fuel filter., Mechanic looking for a problem on his tractor., Mechanic looking for the problem on his tractor., Mechanic repairing his tractor., Mechanic with a wrench looking for the problem on his tractor., Model holding a cigarette and vinyl cover., Old rusty chain and padlocks securing the worn door., Model sitting on the floor leaning on the amplifier and holding a guitar., Fit woman jogging in the park., Old spoiled tomato on the ground., Old worn tractor in the backyard., Person making round waffles in the kitchen., Person making waffles in the kitchen., Mother and daughter adding flour to the egg mixture., Mother and daughter pouring baking powder in the egg mix., Fit woman in the park getting ready to go for a run., Fit woman in the park untangling earphones., Woman in the gym sitting on the mat., Woman in the gym doing hyperextensions., Old man drinking water from the plastic bottle in the field., Model sitting on the floor holding a vinyl on her lap., Woman in a gray dress posing on the terrace., Old rusty worn out gates., Model lying on the ground looking at pictures in the book., Model lying on the ground with here eyes closed., Padlock on the old wooden door., Stairs to the old building., Pot of boiling water on the stove., Woman in the park listening to the music and doing yoga., Woman in the park working out and listening to the music., Woman in the gym doing cardio., Silhouette of the statue in the foggy night., Woman in the gym running on the treadmill., Woman in the gym doing cable curls.

  **Published:** August 2020

- **Individual Photographs:** Woman sitting in a chair in the vineyard and taking a photo of the photographer., Wine bottles and glasses on the barrels and an empty picture frame leaning on one of the barrels., Young girl with tiara made out of flowers walking towards two adults in the vineyard., Woman in a dress near the table in a vineyard., Young boy standing in the vineyard near the table with dessert., Young girl having a picnic in the vineyard., Various appetizers on a wooden log., Various appetizers and desserts presented on a wooden board., Hands of unrecognisable woman using laptop on her office table from above.

  **Published:** September 2020

- **Individual Photographs:** Young woman in glamour dress holding a book closeup., Lego toys on wooden desk. Love concept., Lego toys on protective medical mask closeup., Adult person and young boy holding hands., Young boy standing on the slide ladder., Girl on the slide playing with the toy car., Girl on the slide ladder playing with miniature cars., Girl playing with the firetruck toy on the slide., Boy climbing on the slide., Young girl pushing miniature cars down the slide., Boy playing with toy cars on the slide and adult supervising., Young boy playing with two car toy miniatures., Toy car miniatures on the floor., Flip flops on the grass., Adult person holding two kids near the pool., Adult person hugging a boy and a girl near the river., Children playing on the slide and adult supervising in the background., Electric cutting tools in the workshop., Dad holding daughter's hand for safety near the pool., Closeup of the soap bubble in the backyard., Irrigation system in the backyard., Soap bubble floating in the air., Kids making soap bubbles in the backyard., Parent supervising her daughter while she's climbing on the slide., Boy waiting for girl to slide down slide., Young boy and girl playing in the plastic house., Young boy and girl climbing on the slide., Young boy climbing on the slide., Young boy standing on the tiles with toys near him., Young boy pushing girl in the plastic toy car around the yard., Young girl climbing on the slide., Young girl a nd boy standing in front of the plastic house., Young girl holding a miniature car from cartoon., Silhouette

dancig girl outdoors., Girl dancing outhdoors with sunset light in background., Girl dancing outdoors with sunset light., A young woman dancing at sunset., Woman in vintage dress having breakfast with friends sitting outside., Man flying a drone outdoors in nature., Young retro businessman reading old newspapers. Back view., Cookie topped with powdered sugar closeup., Served Summer dinner table in the garden.

**Published:** September 2020

- **Individual Photographs:** Glamour woman eating a cookie closeup., Old money in a wooden box., Stack of old books with coffee in the garden. Vintage concept., Beautiful and glaour vintage cake outdoors., Woman in vintage dress holding white cup of a coffee outdoors., Closeup of the mans hand holding a glass of white wine., Female model posing on a chair in the vineyard., Cake and a chest on top of the old luggage bags in the vineyard., Mother and daughter walking in the vineyard, Old vintage camera on the books in the vineyard., People cheering with the drinks in their hands., Bundt cake on a decorated table in the vineyard., Young girl with a tiara walking in the vineyard., Two girls walking towards eachother in the vineyard., Girl and the curious dog in the vineyard., Two friends playing in the yard., Decorated table in the vineyard with a cake on it., Young girl standing near the wooden basket full of grapes., Wine and two glasses presented on a barrle in a vineyard., Shots of alcoholic beverage on the table., Cabernet Sauvignon grapes in a wooden basket., Sugar and chocolate glazed donuts presented on a shiny table., Two loafs of bread on the cutting board., Closeup of the decorated candle holder with a blurry background., Focus on the woman's blonde hair while she cheers with other people., Closeup of the dog with the red collar., Big cake on the cake stand in the vineyard., Closeup of the decorative candles in the vineyard., Closeup of the fresh grapes in the vineyard., Closeup of the cup of coffee croissant and fruity dessert on the table with white sheet., Bundt cake presented on a wooden log., Female model sitting with her legs crossed and holding a cake., Closeup of the fruit decorated cookies on the table., Figs on the wooden table in the vineyard., Cake with orange frosting and grapes on a blue tray., A glass of fine white wine on the table., A piece of cake on the plate and a glass of white wine., Apples and quinces on the white doily., Antique objects on a green table.

  **Published:** September 2020

- **Individual Photographs:** Old vintage iron on the bricks., Young boy running in the vineyard., People sitting around the decorated table and eating cake., Setting of the old antiques and modern chair in the vineyard., People walking down the vineyard., Young girl with a tiara standing in the vineyard and holding her glasses., Young girl in the white dress playing near the house., Variety of donuts on a crooked wooden object., Variety of dessert cookies and rolls on the hay., Wooden basket full of donuts on the hay., Traditional dessert on a black plate., Traditional vanilla cookies on the decorative plates., Two bottles of alcoholic beverage on a barrel in a vineyard., Traditional vanilla cookies on a wooden log., Two bottles of wine and glasses on a barrel in a vineyard., People sitting around the table eating cake and drinking wine., Candle holder decorated with flowers, Books and camera on top of the old radio in the vineyard., Closeup of the cake with strawberry frosting on the table., Big cake on the cake stand and two candles near it., Closeup of the bundt cake on the table., Bundt cake on the table with white sheets in the vineyard., Closeup of the bundt cake on the plate with a spoon., Cake on the decorated table in the vineyard., Chairs and decorated table with white sheet in the vineyard., Cake on the table in the vineyard., Closeup of cake on the table in the vineyard., Closeup of the croissant and a cup of coffee on the table with the white sheet., Closeup of the Cabernet Sauvignon grapes in a wooden basket, Chocolate frosted donuts presented on a black board., Fruit slice in the big jars full of sweet beverages., Closeup of the dog on the leash., Girl friends in white dresses picking grapes in the vineyard.,

Croissant cookies and cups of coffee on a decorated table with white sheet in nature., Closeup of the traditional vanilla cookies on the decorative plates., Delicious sweet rolls on the wooden table., Deep fried pancakes on a wooden log.

**Published:** September 2020

- **Individual Photographs:** Girl with a tiara made out of flowers sitting and having a picnic., Green applse in a small box filled with hay., Man holding a glass of fine white wine in his hand., Lemon and orange slices in a big jar full of sweet beverage., Closeup of the tiara on girls head while she is having a picnic with her friends., Girl wearing a tiara made out of flowers standing in the vineyard., Girl in a dress standing on the vineyard walkway., Girl with tiara made out of flowers picking up grapes in the vineyard., Closeup of the strawberry cake on the table., Girl friends playing together in the vineyard., Peaches in a small box filled with hay and grapes in the glasses., Model posing near the table in the vineyard., Old vintage radio on the ground., Model walking towards the table in the vineyard., Muffins presented on a wooden log., Olives on the white decoration plate., Pears and stylish bottles of alcoholic beverage on a wooden tray., A young woman looks out her window., Two girl friends sitting on the ground and having a picnic., Variety of donuts on the wooden platform., People cheering with their drinks above the cake., Variety of sweet drinks on a wooden platform in a vineyard., People sitting on the table and holding their drinks in the air., Poppy seed rolls on a stylish black plate., Two girls and a dog taking a rest in the vineyard., Star shaped cookies in a wooden basket., Sugar glazed donuts presented on a black board., Sugar frosted donuts presented on a plate., Variety of appetizers presented on table made of barrels., Variety of donuts presented on a wooden table., White chairs and table with desserts and coffee cupps on it., White chairs and table with bundt cake and alcoholic beverages on it., Woman sitting in a chair and taking picture of the vineyard., Woman in a dress sitting on a chair and drinking coffee in the vineyard., Woman puting a candle in the decorated candle holder.

**Published:** September 2020

## Completion/Publication

**Year of Completion:** 2020
**Earliest Publication Date in Group:** August 03, 2020
**Latest Publication Date in Group:** September 12, 2020
**Nation of First Publication:** Serbia

## Author

- **Author:** Nenad Stojkovic
  **Author Created:** photographs
  **Citizen of:** Serbia

## Copyright Claimant

**Copyright Claimant:** Nenad Stojkovic
Malo Laole, Petrovac na Mlavi, 12306, Serbia

## Certification

**Name:** Barbara Konecny
**Date:** October 13, 2021
**Applicant's Tracking Number:** CR-007767

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as . XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.