# Exhibit
# 2

Log In Sign Up



**tristateliquors4319** • Follow
Tri-State Liquors

**tristateliquors4319** Having a good selection of alcohol at home will enable you to mix up a wide range of cocktails on a whim. 🍹🍸🥃 Check out our post about how you can keep a fully stocked bar year-round! Link in bio! 😃 #TriStateLiquors

Edited · 22w

**7 likes**
APRIL 20

Log in to like or comment.

**Log into Instagram**
Log in to see photos and videos from friends and discover other accounts you'll love.

Log in

Failed to Load. Retry

341812987_7468314304104 ×

scontent.cdninstagram.com/v/t51.2885-15/341812987_746831430410493_5702609927704807914_n.jpg?stp=dst-jpg_e35&_nc_ht=scontent.cdninstagram.com&_nc_cat=109&_nc_ohc=iubzmrtJOf0AX_RJ2tq&edm=APs17CUBAAAA&ccb=



Type here to search

ENG 3:37 PM 9/21/2023